UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TIMOTHY HERNANDEZ, on behalf of himself
and all others similarly situated,

                Plaintiffs,

         -against-

BONPOINT USA, INC.,

                Defendant.
-----------------------------------------------------------X

Case No. 1:25-cv-00641 (HG)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**WHEREAS,** Plaintiff filed this action alleging that Defendant's website violates Title III of the Americans with Disabilities Act and the New York City Human Rights Law because the website is not fully accessible to disabled individuals; and

**WHEREAS,** Defendant continues to be committed to taking affirmative action to achieve and maintain an accessible website in compliance with applicable law, and the parties are amicably resolving this litigation on that basis;

**IT IS HEREBY STIPULATED AND AGREED** that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: July 7, 2025

| STEIN SAKS, PLLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: /s/ Rami Salim<br>Rami Salim, Esq.<br>One University Plaza, Suite 620<br>Hackensack, New Jersey 07601<br>(201) 282-6500<br>rsalim@SteinSaksLegal.com<br>*Attorneys for Plaintiffs* | By: /s/ Peter T. Shapiro<br>Peter T. Shapiro, Esq.<br>77 Water Street, Suite 2100<br>New York, New York 10005<br>(212) 232-1300<br>peter.shapiro@lewisbrisbois.com<br>*Attorneys for Defendant* |

SO ORDERED: _____
                        U.S.D.J